UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br> CORRECTIONS, et al.,<br><br>        Defendants. | CV F- 04- 5215 REC DLB P<br><br>ORDER DENYING REQUEST FOR<br>LIST OF COUNSEL<br>[Doc 12] |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On March 18, 2005, plaintiff filed a response to the Court's Order dismissing the Complaint. In his response, plaintiff states that he has attempted to obtain counsel but has been unsuccessful. Plaintiff requests a list of attorneys from which the Court appoints counsel. Plaintiff is advised that the Court does not maintain a list of counsel in that the court cannot require an attorney to represent plaintiff. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 298 (1989).

    IT IS SO ORDERED.

    **Dated:   August 3, 2005**           **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE