1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11                                    )
    DAVID BROWN,                       )        CV F- 04- 5215 REC DLB P
12                                     )
                    Plaintiff,         )        ORDER DENYING REQUEST FOR
13                                     )        EXTENSION OF TIME
          v.                           )        [Doc 12]
14                                     )
    CALIFORNIA DEPARTMENT OF           )
15    CORRECTIONS, et al.,             )
                                       )
16                  Defendants.        )
                                       )
17   _____)

18

19          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

20   pursuant to 42 U.S.C. section 1983.  On March 18, 2005, plaintiff filed a response to the Court's

21   Order dismissing the Complaint.  In his response, plaintiff states that he does not wish to amend his

22   complaint.  Plaintiff also requests an extension of time to object to the Magistrate Judge's findings

23   and recommendations.  Plaintiff is advised that he has 30 days from the issuance of the Findings and

24   Recommendations in which to file objections.  The Findings and Recommendations were issued

25   August 3, 2005 and therefore plaintiff's request for extension of time is unnecessary.

26

27          IT IS SO ORDERED.

28          **Dated:    August 3, 2005            /s/ Dennis L. Beck**

1    3c0hj8                                  UNITED STATES MAGISTRATE JUDGE