UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN, | CV F- 04- 5215 REC DLB P |
| Plaintiff, | CORRECTION TO FINDINGS AND RECOMMENDATION RE DISMISSAL OF ACTION |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On August 4, 2005, this Court issued a recommendation finding that:

1. Plaintiff's claims pursuant to the Americans with Disabilities Act ("ADA") against the individual defendants were not cognizable;

2. Plaintiff failed to state cognizable claims against the named defendants for deliberate indifference to his serious medical needs in violation of the Eighth Amendment;

3. Plaintiff failed to state cognizable claims against the named defendants for violation medical privacy; and

4. Plaintiff failed to state a cognizable claim for retaliation.

1  Based on these findings, the Court recommended that the action be dismissed in its entirety. This recommendation is HEREBY CORRECTED. The Court HEREBY RECOMMENDS that the above claims be dismissed and that this action proceed on plaintiff's ADA claims against the defendants in their official capacities and on plaintiff's state law claims.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these findings and recommendations, the parties may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   September 15, 2005              /s/ Dennis L. Beck
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE