IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>            Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>            Defendant. | No. CV-F-04-5215 REC/DLB P<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS (Docs. 15 &<br>16) AND DISMISSING CERTAIN<br>DEFENDANTS AND CLAIMS |

   Plaintiff David Brown is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On August 4, 2005, the United States Magistrate Judge issued Findings and Recommendations in this case.  On September 16, 2005, the Magistrate Judge filed a correction to the Findings and Recommendations, filed on August 4, 2005, which was served on the

1

1  parties and which contained notice to the parties that any
2  objections to the Findings and Recommendations were to be filed
3  within thirty (30) days.  On October 5, 2005, plaintiff filed
4  objections to the Findings and Recommendations.

5      In accordance with the provisions of 28 U.S.C. §
6  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de
7  novo review of this case.  Having carefully reviewed the entire
8  file, the Court finds the corrected Findings and Recommendation
9  to be supported by the record and by proper analysis.

10      ACCORDINGLY:

11      1.  The Corrected Findings and Recommendation, filed
12  September 16, 2005, are adopted in full;

13      2.  Plaintiff's claims pursuant to the Americans with
14  Disabilities Act against the individual defendants are dismissed;

15      3.  Plaintiff has failed to state a claim upon which relief
16  can be granted against the named defendants for deliberate
17  indifference to his serious medical needs in violation of the
18  Eighth Amendment, for violation of medical privacy, and for
19  retaliation, and those claims are dismissed.

20      4.  This action will proceed on plaintiff's claims under the
21  Americans with Disabilities Act against the defendants in their
22  official capacities and on plaintiff's pendent state law claims.

23      IT IS SO ORDERED.

24  **Dated: November 8, 2005**          **/s/ Robert E. Coyle**
    668554                               UNITED STATES DISTRICT JUDGE
25
26