UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br> CORRECTIONS, et al.,<br><br>            Defendants. | CV F- 04- 5215 REC DLB P<br><br>ORDER DIRECTING PLAINTIFF TO<br>SUBMIT USM 285 FORMS |

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On September 16, 2005, the Court recommended that certain claims be dismissed against the named defendants and that this action proceed on plaintiff's ADA claims against the defendants in their official capacities and on plaintiff's state law claims.  The District Court adopted this recommendation on November 9, 2005.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Service is appropriate for the following defendants:   California Department of Corrections ("CDC"); CDC Director Edward Alameida; Warden Allen Scribner; the following CDC doctors: Dr. Klarich, Dr. Bhatt, Dr. Hasadsri, Dr. Friedman, Dr. Viravathana, Dr. Thirakomen and Dr. Kim; and Correctional Officer Miranda

2. The Clerk of the Court shall send Plaintiff eleven (11) USM-285 forms, eleven summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed October 22, 2004.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Twelve (12) copies of the endorsed complaint filed October 22, 2004.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **November 10, 2005**           **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE