IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID A. BROWN,** | No. 1:04-CV-5215-REC-DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | |
| Defendants. | |

Defendants have requested an extension of time to August 18, 2006, to serve responses to Plaintiff's first sets of interrogatories to Defendants Alameida, Bhatt, Friedman, Kim, Scribner and Viravathana and their response to Plaintiff's second request for production of documents. The court finds good cause to grant the request.

Accordingly, **IT IS HEREBY ORDERED** that Defendants shall serve their discovery responses to the discovery requests identified above on or before August 18, 2006.

IT IS SO ORDERED.

    Dated:   **July 18, 2006**                        **/s/ Dennis L. Beck**
3c0hj8                                            UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1