**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BROWN,<br><br>             Plaintiff,<br><br>     vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>             Defendants.<br>_____ / | CASE NO. CV-F-04-5215 AWI DLB P<br><br>**ORDER DENYING MOTION TO SET TRIAL DATE**<br>**[DOC. # 58]** |

Plaintiff David Brown ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint, filed on February 2, 2004. On June 19, 2006, the Court issued a Discovery and Scheduling Order setting the discovery deadline for January 26, 2007 and the dispositive motion deadline for March 26, 2007. On September 6, 2006, plaintiff filed a motion for an order setting a trial date.

Plaintiff's motion is premature. After discovery is complete and dispositive motions, if any, have been resolved, the Court will set a trial date, if necessary. Until such time, any request for trial setting is premature. To the extent plaintiff is having difficulty obtaining discovery from defendants, he should raise such issues in a properly filed motion to compel, which the Court notes, plaintiff has done.

1     Accordingly, plaintiff's motion is HEREBY DENIED.

2     IT IS SO ORDERED.

3     **Dated:   September 13, 2006**           **/s/ Dennis L. Beck**
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE