UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>                    Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                    Defendants.<br>_____/ | 1:04-cv-05215-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 62)<br><br>**ORDER DISMISSING [DECEASED] DEFENDANT** |

    Plaintiff, David Brown ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 19, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On September 29, 2006, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed September 19, 2006, are ADOPTED IN FULL; and,

2. Dr. Klarich is DISMISSED from this action on the ground that the Marshal was unable to serve him based on the information provided by plaintiff.

IT IS SO ORDERED.

**Dated:   March 5, 2007**              /s/ Lawrence J. O'Neill
b9ed48                          UNITED STATES DISTRICT JUDGE