UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>            Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF<br>  CORRECTIONS, et al.,<br><br>            Defendants. | CV F- 04- 5215 LJO DLB P<br><br>ORDER DENYING REQUEST FOR<br>APPOINTMENT OF INMATE<br>ROBLES TO ASSIST PLAINTIFF<br>Doc. 72 |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On April 5, 2007, plaintiff filed a motion requesting an order appointing inmate Marlo Robles to assist plaintiff in all further court proceedings. Inmate Robles, who is a non-lawyer, may not represent anyone but himself in court. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Therefore, to the extent plaintiff seeks to have inmate Robles appointed as counsel, his request must be denied. However, a court order is not necessary to allow inmate Robles to informally assist plaintiff.

         IT IS SO ORDERED.

1

    **Dated:  April 10, 2007**          **/s/ Dennis L. Beck**
2                                                                             UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28