UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | 1:04-CV-05215-LJO-DLB-P<br><br>ORDER GRANTING EXTENSION OF DISPOSITIVE MOTION DEADLINE FOR ALL PARTIES<br><br>(Doc. 70)<br><br>New dispositive motion deadline:   05-11-2007 |

       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 19, 2007, defendants filed a motion for an extension of time until May 11, 2007, for the parties to file dispositive motions. The court finds good cause and orders as follows:

    1.    Defendants' motion for an extension of the deadline for filing dispositive motions set in the June 19, 2006, scheduling order is GRANTED for all parties to this action;

    2.    The parties shall file dispositive motions on or before May 11, 2007.

IT IS SO ORDERED.

Dated:   **April 25, 2007**                    /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE