1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  DAVID A. BROWN,                    )         1:04-CV-5215 LJO DLB (PC)
                                       )
12        Plaintiff,                   )         ORDER GRANTING EXTENSION OF
                                       )         TIME  TO  FILE  ANSWER  TO
13        v.                           )         DEFENDANT'S  MOTION  FOR
                                       )         SUMMARY JUDGMENT
14  CALIFORNIA DEPARTMENT OF           )
    CORRECTIONS, et al.,               )         (DOCUMENT #75)
15                                     )
                                       )
16        Defendants.                  )
                                       )
17  _____)

18        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

19  May 29, 2007, plaintiff filed a motion to extend time to file answer to defendant's motion for summary

20  judgment.   Good cause having been presented to the court and GOOD CAUSE APPEARING

    THEREFOR, IT IS HEREBY ORDERED that:

21        Plaintiff is granted thirty days from the date of service of this order in which to file answer to

22  defendant's motion for summary judgment.

23        IT IS SO ORDERED.

24        Dated:   July 10, 2007         _____/s/ Dennis L. Beck_____
                                               UNITED STATES MAGISTRATE JUDGE
25

26

27

28