UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>CDC, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05215-LJO-DLB-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 81)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 66) |

    Plaintiff, David Brown ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 23, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed on or before August 20, 2007.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1 | In accordance with the provisions of 28 U.S.C.
2 | § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 | <u>de novo</u> review of this case.  Having carefully reviewed the
4 | entire file, the Court finds the Findings and Recommendations to
5 | be supported by the record and by proper analysis.
6 | Accordingly, IT IS HEREBY ORDERED that:
7 | 1.  The Findings and Recommendations, filed July 23, 2007,
8 | are ADOPTED IN FULL; and,
9 | 2.  Plaintiff's motion for preliminary injunctive relief,
10 | filed January 22, 2007, is DENIED.
11 | IT IS SO ORDERED.
12 | **Dated:   September 19, 2007**          /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE