UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BROWN, | 1:04-cv-5215-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 83) |
| vs. | **ORDER DISMISSING ACTION** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 11, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on the parties and which contained notice that any objections to the Findings and Recommendation were to be filed within twenty (20) days. On March 31, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed March 11, 2008,
8  are ADOPTED IN FULL; and,
9  2.  Defendants motion for summary judgment is GRANTED,
10 thereby concluding this action in its entirety.  The Clerk is
11 directed to enter judgment in favor of defendants.
12 IT IS SO ORDERED.
13 **Dated:   May 1, 2008**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE